■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGUSTIN MEDINA, Appellant.

The defendant argues on appeal that the sentence imposed constitutes cruel and unusual punishment in violation of

constitutional proscriptions (NY Const, art I, § 5; US Const 8th Amend). "[O]rdinarily a sentence that is within statutory limits does not constitute cruel and unusual punishment absent exceptional circumstances" *(People v Albano,* 124 AD2d 739, 740, *lv denied* 69 NY2d 824). We find no such exceptional circumstances at bar. The record reflects that the trial court considered the defendant's background, his lack of a prior criminal history and the circumstances of the crime before imposing a sentence which was less than the maximum permissible term for a class B violent felony offender. Thompson, J. P., Brown, Weinstein and Spatt, JJ., concur.